FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMBER DURNIL, for MICHAEL DURNIL, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>Defendant. | No.   1:14-CV-03112-VEB<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for calculation of benefits, and Judgment is entered for Plaintiff.

DATED: July 1, 2015

        SEAN F. McAVOY
        Clerk of Court


        By: *s/Tonia Ramirez*
         Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**